# Exhibit 1



Early Warnings   Servicing   Analysis   Details   Help/About   Home
All Servicers
Single Servicer

US Department of Housing and Urban Development

**All Lenders/Areas - Originating Lenders**
**Loans Originated in the United States**
Delinquent Choice - Seriously Delinquent
**Performance Period - 10/31/2016**
**Loan Portfolio: 2 Year FHA**
**Active - Loans Originated**
**Sort Order by Compare Ratio in Ascending Order**
*Data shown includes all insured single family loans with a beginning amortization date between November 1, 2014 and October 31, 2016*

| Rank | Lender | Lender Status | Lender Type | Compare Ratio | Supplemental Performance Metric | Mix-Adjusted SDQ Rate | Total Orig. | Total Seriously Delinquent | Total Claims | Total Seriously Delinquent and Claims | % Seriously Delinquent and Claims | US Total Orig. | US Total Seriously Delinquent | US Total Claims | US Total Seriously Delinquent and Claims | US % Seriously Delinquent and Claims | FHA Portfolio Actual Supplemental Performance Metric | FHA Portfolio Benchmark SDQ Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | QUICKEN LOANS INC -- 71970 | A | N/S | 35% | 32% | 1.32% | 131,616 | 466 | 22 | 488 | 0.37 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 2 | US BANK NA -- 16001 | A | S | 37% | 44% | 0.91% | 6,846 | 27 | 0 | 27 | 0.39 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 3 | BANK OF AMERICA NA CHARLOTTE -- 13065 | A | S | 51% | 62% | 0.92% | 10,911 | 57 | 2 | 59 | 0.54 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 4 | FIFTH THIRD MORTGAGE COMPANY -- 71159 | A | N/S | 54% | 48% | 1.32% | 7,078 | 39 | 1 | 40 | 0.57 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 5 | BOKF NA -- 79854 | A | S | 57% | 59% | 1.02% | 4,354 | 23 | 3 | 26 | 0.60 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 6 | AMERICAN PACIFIC MORTGAGE -- 79927 | A | N/S | 60% | 55% | 1.09% | 9,983 | 63 | 1 | 64 | 0.64 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 7 | HOMESTREET BANK -- 55582 | A | S | 65% | 52% | 1.34% | 7,243 | 48 | 2 | 50 | 0.69 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 8 | NOVA FINANCIAL AND INV CORP -- 79670 | A | N/S | 65% | 61% | 1.27% | 7,846 | 52 | 2 | 54 | 0.69 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 9 | FIRST MORTGAGE COMPANY LLC -- 13139 | A | N/S | 68% | 65% | 1.25% | 4,840 | 34 | 1 | 35 | 0.72 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 10 | WELLS FARGO BANK NA -- 22995 | A | S | 70% | 75% | 1.06% | 39,012 | 279 | 8 | 287 | 0.74 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 11 | REGIONS BANK -- 49001 | A | S | 70% | 69% | 1.21% | 6,513 | 48 | 0 | 48 | 0.74 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 12 | FINANCE OF AMERICA MORTGAGE LLC -- 77745 | A | N/S | 72% | 67% | 1.26% | 12,691 | 97 | 0 | 97 | 0.76 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 13 | AMERICAN FINANCING CORP -- 17878 | A | N/S | 73% | 52% | 1.50% | 4,049 | 30 | 1 | 31 | 0.77 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 14 | PACIFIC UNION FINANCIAL, LLC -- 25883 | A | N/S | 74% | 57% | 1.68% | 3,606 | 28 | 0 | 28 | 0.78 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 15 | AMERIFIRST FINANCIAL INC -- 74435 | A | N/S | 74% | 67% | 1.30% | 4,104 | 31 | 1 | 32 | 0.78 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 16 | SWBC MORTGAGE CORP -- 72817 | A | N/S | 77% | 92% | 1.18% | 5,700 | 45 | 2 | 47 | 0.82 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 17 | CMG MORTGAGE INC -- 78442 | A | N/S | 77% | 60% | 1.35% | 4,617 | 38 | 0 | 38 | 0.82 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 18 | BELL BANK -- 36187 | A | S | 79% | 90% | 0.90% | 4,068 | 33 | 1 | 34 | 0.84 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 19 | MORIA DEVELOPMENT INC -- 17468 | A | N/S | 82% | 74% | 1.36% | 4,372 | 37 | 1 | 38 | 0.87 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 20 | ON Q FINANCIAL INC -- 23556 | A | N/S | 82% | 71% | 1.33% | 3,672 | 32 | 0 | 32 | 0.87 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 21 | WATERSTONE MORTGAGE CORPORATION -- 23232 | A | N/S | 83% | 100% | 1.10% | 6,012 | 53 | 0 | 53 | 0.88 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 22 | NEW PENN FINANCIAL LLC -- 25574 | A | N/S | 83% | 78% | 1.35% | 4,101 | 34 | 2 | 36 | 0.88 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 23 | AMERIFIRST FINANCIAL CORP -- 70815 | A | N/S | 83% | 68% | 1.33% | 4,885 | 42 | 1 | 43 | 0.88 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 24 | CITYWIDE HOME LOANS -- 15636 | A | N/S | 85% | 76% | 1.24% | 5,556 | 48 | 2 | 50 | 0.90 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 25 | RUOFF MORTGAGE COMPANY INC -- 71026 | A | N/S | 85% | 66% | 1.29% | 4,420 | 40 | 0 | 40 | 0.90 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 26 | ATLANTIC BAY MORTGAGE GROUP LLC -- 12239 | A | N/S | 86% | 74% | 1.29% | 4,607 | 40 | 2 | 42 | 0.91 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 27 | HUNTINGTON NATIONAL BANK -- 71247 | A | S | 86% | 70% | 1.47% | 4,730 | 43 | 0 | 43 | 0.91 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 28 | RESIDENTIAL MORTGAGE SVCS INC -- 74918 | A | N/S | 86% | 73% | 1.18% | 8,785 | 79 | 1 | 80 | 0.91 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 29 | BROKER SOLUTIONS INC -- 21221 | A | N/S | 87% | 73% | 1.42% | 12,200 | 108 | 4 | 112 | 0.92 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 30 | UNION HOME MORTGAGE CORP -- 38270 | A | N/S | 87% | 79% | 1.16% | 5,020 | 46 | 0 | 46 | 0.92 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 31 | ENVOY MORTGAGE LTD -- 16359 | A | N/S | 89% | 82% | 1.31% | 6,520 | 60 | 1 | 61 | 0.94 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 32 | PHH HOME LOANS LLC -- 23177 | A | N/S | 89% | 74% | 1.18% | 5,191 | 49 | 0 | 49 | 0.94 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 33 | FREEDOM MORTGAGE CORPORATION -- 75159 | A | N/S | 89% | 68% | 1.56% | 9,057 | 85 | 0 | 85 | 0.94 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 34 | PRIMELENDING A PLAINSCAPITAL COMPANY -- 73663 | A | N/S | 91% | 95% | 1.06% | 24,034 | 225 | 5 | 230 | 0.96 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 35 | GUARANTEED RATE INC -- 19895 | A | N/S | 92% | 87% | 1.23% | 11,781 | 114 | 2 | 116 | 0.98 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 36 | ALTERRA GROUP, LLC -- 25253 | A | N/S | 92% | 71% | 1.39% | 4,897 | 48 | 0 | 48 | 0.98 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |

| # | Lender | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | ARK-LA-TEX FINANCIAL SERVICES LLC -- 16149 | A | N/S | 92% | 82% | 1.22% | 5,193 | 50 | 1 | 51 | 0.98 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 38 | EVERGREEN MONEYSOURCE MTG CO -- 71108 | A | N/S | 92% | 67% | 1.29% | 4,821 | 45 | 2 | 47 | 0.97 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 39 | CHERRY CREEK MORTGAGE CO INC -- 71075 | A | N/S | 93% | 84% | 1.26% | 4,237 | 41 | 1 | 42 | 0.99 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 40 | LEADER ONE FINANCIAL CORPORATION -- 22653 | A | N/S | 95% | 87% | 1.24% | 4,562 | 46 | 0 | 46 | 1.01 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 41 | FAIRWAY INDEPENDENT MORTGAGE CORPORATION -- 79507 | A | N/S | 97% | 92% | 1.23% | 26,291 | 270 | 0 | 270 | 1.03 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 42 | INTERLINC MORTGAGE SERVICES LLC -- 30348 | A | N/S | 98% | 96% | 1.13% | 4,312 | 43 | 2 | 45 | 1.04 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 43 | MORTGAGE ONE INCORPORATED -- 76876 | A | N/S | 99% | 106% | 1.06% | 4,648 | 49 | 0 | 49 | 1.05 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 44 | GOLDEN EMPIRE MORTGAGE INC -- 71432 | A | N/S | 100% | 80% | 1.21% | 4,795 | 51 | 0 | 51 | 1.06 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 45 | CALIBER HOME LOANS INC -- 30992 | A | N/S | 102% | 92% | 1.32% | 20,332 | 220 | 0 | 220 | 1.08 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 46 | BANC OF CALIFORNIA NA -- 76961 | A | S | 103% | 82% | 1.31% | 5,601 | 60 | 1 | 61 | 1.09 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 47 | MORTGAGE INVESTORS GROUP -- 73541 | A | N/S | 104% | 111% | 1.08% | 3,917 | 41 | 2 | 43 | 1.10 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 48 | SUMMIT FUNDING INC -- 10569 | A | N/S | 104% | 83% | 1.33% | 8,640 | 94 | 1 | 95 | 1.10 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 49 | GEORGE MASON MORTGAGE LLC -- 71441 | A | N/S | 106% | 106% | 1.21% | 4,387 | 48 | 1 | 49 | 1.12 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 50 | EMBRACE HOME LOANS INC -- 14435 | A | N/S | 107% | 92% | 1.45% | 10,296 | 112 | 4 | 116 | 1.13 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 51 | AMERICAN FINANCIAL NETWORK INC -- 18352 | A | N/S | 108% | 90% | 1.39% | 5,291 | 59 | 2 | 61 | 1.15 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 52 | IBERIABANK MORTGAGE COMPANY -- 03335 | A | N/S | 108% | 103% | 1.19% | 5,503 | 63 | 0 | 63 | 1.14 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 53 | PNC BANK, NATIONAL ASSOCIATION -- 17739 | A | S | 111% | 103% | 1.26% | 9,392 | 106 | 5 | 111 | 1.18 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 54 | UNIVERSAL AMERICAN MORTGAGE CO LLC -- 21490 | A | N/S | 112% | 94% | 1.34% | 13,157 | 153 | 3 | 156 | 1.19 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 55 | BANK OF ENGLAND -- 23100 | A | S | 112% | 93% | 1.20% | 4,864 | 58 | 0 | 58 | 1.19 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 56 | SECURITYNATIONAL MORTGAGE COMPANY -- 76355 | A | N/S | 112% | 84% | 1.34% | 10,930 | 128 | 2 | 130 | 1.19 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 57 | CROSSCOUNTRY MORTGAGE INC -- 24979 | A | N/S | 113% | 78% | 1.43% | 6,677 | 79 | 1 | 80 | 1.20 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 58 | STEARNS LENDING LLC -- 75054 | A | N/S | 114% | 108% | 1.25% | 5,783 | 66 | 4 | 70 | 1.21 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 59 | HOMESTEAD FUNDING CORP -- 77764 | A | N/S | 114% | 150% | 0.92% | 3,567 | 43 | 0 | 43 | 1.21 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 60 | CORNERSTONE HOME LENDING INC -- 71854 | A | N/S | 115% | 98% | 1.30% | 10,134 | 120 | 4 | 124 | 1.22 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 61 | MOVEMENT MORTGAGE LLC -- 26264 | A | N/S | 116% | 93% | 1.38% | 24,453 | 298 | 3 | 301 | 1.23 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 62 | SIERRA PACIFIC MORTGAGE -- 70560 | A | N/S | 116% | 105% | 1.15% | 5,049 | 61 | 1 | 62 | 1.23 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 63 | EVERETT FINANCIAL INC -- 17224 | A | N/S | 117% | 99% | 1.26% | 17,127 | 206 | 7 | 213 | 1.24 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 64 | GATEWAY MORTGAGE GROUP LLC -- 15783 | A | N/S | 119% | 90% | 1.45% | 6,932 | 82 | 5 | 87 | 1.26 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 65 | LOANDEPOT.COM -- 30096 | A | N/S | 119% | 89% | 1.49% | 25,862 | 318 | 8 | 326 | 1.26 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 66 | VAN DYK MORTGAGE CORPORATION -- 71406 | A | N/S | 120% | 103% | 1.35% | 4,404 | 56 | 0 | 56 | 1.27 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 67 | DHI MORTGAGE COMPANY LTD -- 05424 | A | N/S | 121% | 96% | 1.37% | 13,095 | 164 | 4 | 168 | 1.28 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 68 | WR STARKEY MORTGAGE LLP -- 15226 | A | N/S | 121% | 112% | 1.24% | 4,832 | 58 | 4 | 62 | 1.28 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 69 | FIRST HOME MORTGAGE CORP -- 74423 | A | N/S | 125% | 134% | 0.93% | 4,656 | 60 | 2 | 62 | 1.33 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 70 | HOMEBRIDGE FINANCIAL SERVICES INC -- 78113 | A | N/S | 125% | 113% | 1.27% | 10,104 | 133 | 1 | 134 | 1.33 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 71 | BAY EQUITY LLC -- 26714 | A | N/S | 125% | 105% | 1.35% | 6,154 | 80 | 1 | 81 | 1.32 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 72 | PEOPLES HOME EQUITY INC -- 19539 | A | N/S | 126% | 116% | 1.21% | 5,742 | 76 | 1 | 77 | 1.34 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 73 | GUILD MORTGAGE COMPANY -- 04718 | A | N/S | 128% | 101% | 1.38% | 28,203 | 377 | 7 | 384 | 1.36 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 74 | PODIUM MORTGAGE CAPITAL LLC -- 14993 | A | N/S | 129% | 132% | 1.13% | 6,724 | 89 | 3 | 92 | 1.37 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 75 | BRANCH BANKING AND TRUST CO -- 35029 | A | S | 129% | 126% | 1.24% | 3,955 | 52 | 2 | 54 | 1.37 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 76 | CASTLE & COOKE MORTGAGE LLC -- 23442 | A | N/S | 130% | 95% | 1.29% | 3,686 | 50 | 1 | 51 | 1.38 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 77 | AMERICAN NEIGHBORHOOD MTG ACCEPTANCE CO -- 31007 | A | N/S | 132% | 108% | 1.24% | 5,849 | 82 | 0 | 82 | 1.40 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 78 | WALLICK AND VOLK INC -- 58070 | A | N/S | 133% | 120% | 1.26% | 3,551 | 50 | 0 | 50 | 1.41 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 79 | ACADEMY MORTGAGE CORPORATION -- 72575 | A | N/S | 133% | 122% | 1.20% | 25,145 | 345 | 9 | 354 | 1.41 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 80 | PROSPECT MORTGAGE LLC -- 13920 | A | N/S | 135% | 138% | 1.19% | 12,489 | 175 | 3 | 178 | 1.43 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 81 | HOMESTAR FINANCIAL CORPORATION -- 18974 | A | N/S | 138% | 107% | 1.40% | 6,853 | 100 | 0 | 100 | 1.46 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 82 | NTFN INC -- 16840 | A | N/S | 141% | 122% | 1.33% | 4,302 | 62 | 2 | 64 | 1.49 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 83 | PRIMARY RESIDENTIAL MORTGAGE INC -- 12617 | A | N/S | 142% | 112% | 1.32% | 19,164 | 283 | 6 | 289 | 1.51 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 84 | MB FINANCIAL BANK NA -- 73527 | A | S | 142% | 106% | 1.44% | 3,598 | 53 | 1 | 54 | 1.50 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 85 | DAS ACQUISITION CO LLC -- 17332 | A | N/S | 143% | 91% | 1.48% | 4,994 | 75 | 1 | 76 | 1.52 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | NVR MORTGAGE FINANCE INC -- 75273 | A | N/S | 149% | 124% | 1.31% | 3,873 | 59 | 2 | 61 | 1.58 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 87 | THE AMERICAN EAGLE MORTGAGE CO LLC -- 17057 | A | N/S | 153% | 116% | 1.29% | 3,588 | 58 | 0 | 58 | 1.62 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 88 | PARAMOUNT RESIDENTIAL MORTGAGE GROUP INC -- 22944 | A | N/S | 160% | 112% | 1.45% | 7,333 | 125 | 0 | 125 | 1.70 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 89 | NATIONS RELIABLE LENDING LLC -- 25241 | A | N/S | 161% | 110% | 1.64% | 4,143 | 66 | 5 | 71 | 1.71 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 90 | NFM INC -- 19951 | A | N/S | 165% | 142% | 1.35% | 3,892 | 68 | 0 | 68 | 1.75 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 91 | STONEGATE MORTGAGE CORPORATION -- 38334 | A | N/S | 165% | 116% | 1.46% | 4,275 | 75 | 0 | 75 | 1.75 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 92 | NATIONS LENDING CORP -- 23773 | A | N/S | 175% | 106% | 1.88% | 6,124 | 112 | 2 | 114 | 1.86 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |
| 93 | AMCAP MORTGAGE LTD -- 19102 | A | N/S | 188% | 123% | 1.52% | 7,047 | 139 | 1 | 140 | 1.99 | 1,936,134 | 20,040 | 434 | 20,474 | 1.06 | 69% | 1.60% |

**Displaying records 1 to 93 out of a total number of 93 records**
Download this report to an Excel file [Help]

**Report Summary**

Report Run:   December 22, 2016

Output Options:   Data shown includes Lenders with total originations between 3500 and 9999999 and total seriously delinquent and claims between 1 and 9999999 and compare ratio between 0 and 9999999 in the United States.

Loan Type(s) Being Displayed: All Loans except streamline refinances

Data includes only those Lenders which are:

- Government
- Supervised
- Non-Supervised
- Loan Correspondant
- Investing/Non-Profit/Charitable

Links to a Graph Report of the data displayed.

