United States District Court
Eastern District of Michigan

United States of America,

    Plaintiff,

v.

    Civil No. 2:16-cv-14050

    Honorable Mark A. Goldsmith
    Mag. Judge Stephen Whalen

Quicken Loans, Inc.,

    Defendant.

## Appearance

Notice is given that Christopher R. Reimer, Trial Attorney for U.S. Department of Justice, will serve as counsel on behalf of the United States in the above-entitled action.

    Christopher R. Reimer

    *s/Christopher R. Reimer*
    Christopher R. Reimer
    Trial Attorney
    601 D. St NW, Rm. 10304
    Washington, DC 20004
    (202) 305-3829
    Email: christopher.r.reimer@usdoj.gov

Date:  January 19, 2017

## Certificate of Service

I hereby certify that on January 19, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Jeffrey B. Morganroth
MORGANROTH & MORGANROTH, PLLC
344 North Old Woodward Avenue, Suite 200
Birmingham, MI 48009

Thomas M. Hefferon
William Kyle Tayman
Sabrina M. Rose-Smith
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001

Christopher R. Reimer

*s/Christopher R. Reimer*
Christopher R. Reimer
Trial Attorney
601 D. St NW, Rm. 10304
Washington, DC 20004
(202) 305-3829
Email: christopher.r.reimer@usdoj.gov