UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Civil Action No.<br>2:16-cv-14050 (MAG) (RSW)<br><br>District Judge:<br>Hon. Mark A. Goldsmith<br><br>Magistrate Judge:<br>Hon. R. Steven Whalen |

**UNITED STATES' LOAN SELECTION FINDINGS MEMORANDUM**

Pursuant to the Court's May 26, 2017, Order Regarding Scheduling Matters, the United States serves and files this memorandum and attached loan lists "detailing which of the loans in the Loan Selection it contends support its claims in this matter" and "the manner in which the loans do so, including specifically, what guideline or rule is alleged to have been violated."  Order (ECF No. 44) at 2.  Pursuant to the September 1, 2017, Stipulated Order (ECF No. 66), the United States may supplement this filing on or before October 2, 2017, to the extent the supplement concerns documents produced by TSI.

Attachments 1 and 2 to this memorandum detail the loans in the Loan Selection that "support [the United States'] claims in this matter[,]" and include both loans on which allegedly false claims for payment have been submitted and loans

- 2 -

that otherwise support the United States' allegations in this matter (*e.g.*, support the United States' allegations that Quicken acted with the requisite scienter). Attachment 2 details appraisal-related violations. Attachment 1 details other violations.

\* \* \*

Dated: September 1, 2017
Washington, DC

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

DANIEL L. LEMISCH
Acting United States Attorney

MICHAEL D. GRANSTON
SARA MCLEAN
SAMUEL J. BUFFONE
CHRISTOPHER R.B. REIMER
HARIN C. SONG

By: */s/ John W. Black*
JOHN W. BLACK
Attorneys, Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
(202) 305-2479

PETER A. CAPLAN
Assistant United States Attorney
BRIAN P. HUDAK
DANIEL HUGO FRUCHTER
Special Assistant United States Attorneys
211 W. Fort St., Suite 2001
Detroit, MI 48226
(202) 252-2549

*Attorneys for the United States of America*

- 3 -

## LOCAL RULE CERTIFICATION

I hereby certify that the foregoing complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts).

                                      */s/ John W. Black*
                                      JOHN W. BLACK

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Jeffrey B. Morganroth
MORGANROTH & MORGANROTH, PLLC
344 North Old Woodward Avenue, Suite 200
Birmingham, MI 48009

Thomas M. Hefferon
William Kyle Tayman
Sabrina M. Rose-Smith
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001

                                      */s/ John W. Black*
                                      JOHN W. BLACK