UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v                                                  Case No. 16-CV-14050
                                                  HON. MARK A. GOLDSMITH

QUICKEN LOANS, INC,

    Defendant.
_____/

## ORDER STRIKING ANSWER (Dkt. 71)

The Court has reviewed Defendant's Answer to Motion for Protective Order (Dkt. 71) and has determined that it is a duplicate filing. Accordingly, the Court strikes the document.

SO ORDERED.

Dated: September 29, 2017        s/Mark A. Goldsmith
Detroit, Michigan                     MARK A. GOLDSMITH
                                          United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 29, 2017.

                                                  s/Karri Sandusky
                                                  Case Manager