UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Civil Action No. 2:16-cv-14050-MAG-RSW<br><br>District Judge:  Mark A. Goldsmith<br><br>Magistrate Judge:  R. Steven Whalen |

**STIPULATED ORDER CONCERNING WITNESS AND EXHIBIT LIST DEADLINES (ECF 44)**

WHEREAS, on May 26, 2017, the Court issued an Order Regarding Scheduling Matters (ECF 44) (the "Order");

WHEREAS the Order permits the parties to adjourn any discovery event scheduled to occur prior to the due date for fact discovery by submitting a proposed stipulated order;

WHEREAS the Order required that the parties' lay witness lists be filed by February 1, 2018, and the parties' exhibit lists be filed by March 1, 2018;

WHEREAS discovery is ongoing and the deadline for completion of fact discovery is June 1, 2018;

WHEREAS the parties jointly seek to move the deadlines to file the lay witness lists and exhibit lists;

1

**IT IS HEREBY ORDERED** that the parties' lay witness lists are due by April 16, 2018, and the parties' exhibit lists are due by May 1, 2018.

**IT IS SO ORDERED.**

DATED:  January 30, 2018

        s/Mark A. Goldsmith
        MARK A. GOLDSMITH
        United States District Judge

Dated:  January 29, 2018

SO STIPULATED:

/s/ Jeffrey B. Morganroth
Jeffrey B. Morganroth
**MORGANROTH & MORGANROTH, PLLC**
344 North Old Woodward Avenue
Suite 200
Birmingham, MI 48009
Tel.:  248.864.4000
Fax.:  248.864.4001
jmorganroth@morganrothlaw.com
D.C. Bar. No. 421684

*Attorney for Quicken Loans Inc.*

/s/ Samuel J. Buffone, Jr.
Samuel J. Buffone, Jr.
U.S. Department of Justice
Civil Fraud Section
175 N St. NE Room 9.125
Washington, DC 20004
Tel.: 202.616.2945
Samuel.J.Buffone@usdoj.gov

*Attorney for the United States of America*