UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff(s),

v.                                     Case No. 2:16–cv–14050–MAG–RSW
                                             Hon. Mark A. Goldsmith

Quicken Loans Inc.,

                Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE:  March 2, 2018 at 11:00 AM

The conference shall be initiated by Attorney for Plaintiff shall initiate the conference call and then include the Court when all parties are available by calling 313/234–5240.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                             By: s/K Sandusky
                                                                    Case Manager

Dated:   February 28, 2018