# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>        Defendant. | Civil Action No. 2:16-cv-14050-MAG-RSW |

## NOTICE OF APPEARANCE OF MATTHEW L. RIFFEE

Notice is given that Matthew L. Riffee, of Goodwin Procter LLP, will serve as counsel on behalf of Defendant Quicken Loans Inc. in the above-captioned matter.

Dated:   March 14, 2018

Respectfully Submitted,

 /s/ Matthew L. Riffee
Matthew L. Riffee
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:  (202) 346-4444
mriffee@goodwinlaw.com

*Attorney for Defendant*
*Quicken Loans Inc.*

## **CERTIFICATE OF SERVICE**

    I, Matthew L. Riffee, hereby certify that on March 14, 2018 this document filed through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via First Class U.S. Mail to those indicated as non-registered participants.

                                                      /s/ Matthew L. Riffee