# Exhibit 1

U.S. v. Quicken Loans; 2:16-cv-14050
Clawback Privilege Log, Sept. 25, 2017

| Bates Range | Document Date | From/Author | To | Cc | Subject | Privilege | Description |
|---|---|---|---|---|---|---|---|
| USQKN_02468655-USQKN_02468668 | 3/11/2011 | | | | Total  Scorecard Project Management Plan | Deliberative Process Privilege | Draft pre-decisional project management plan for Total Mortgage Scorecard. |
| USQKN_02463919-USQKN_02463920 | 10/27/2010 | Vicki Bott | Karin Hill; Cynthia Miller | | FW: Recommendations for Change to Review Rules | Deliberative Process Privilege | Email providing pre-decisional recommendations for changes to Total Mortgage Scorecard. |
| USQKN_02468669-USQKN_0246879 | 3/7/2011 | | | | Total Scorecard Versions | Deliberative Process Privilege | Chart providing draft updates and process changes to Total Mortgage Scorecard. |

*denotes an attorney