# Exhibit 2

**Swank, Levi**

| | |
|---|---|
| **From:** | Buffone, Samuel J. (CIV) █████████████████ |
| **Sent:** | Friday, May 04, 2018 3:34 PM |
| **To:** | Tayman, Kyle; Jeffrey B. Morganroth █████████████████ |
| | █████████████; Hefferon, Thomas M; Rose-Smith, Sabrina M; Swank, Levi; Riffee, Matthew L; Black, John W. (CIV); Hudak, Brian (USADC); Reimer, Christopher R (CIV); Song, Harin C. (CIV) |
| **Subject:** | U.S. v Quicken Loans |
| **Attachments:** | 5.4.18 Clawback Privilege Log.pdf; Redacted USQKN_02468669.pdf |

Kyle,

At your request, please find attached a redacted version of document USQKN_02468669.  Please note this document has been designated Attorneys' Eyes Only.

Additionally, we are clawing back the documents in the attached clawback log pursuant to the protective order.  These documents are all related to the documents clawed back at the Bott depositions.  We will produce similar redacted versions of the other instances of the chart at USQKN_02468669 next week.

Sam Buffone
Trial Attorney
U.S. Department of Justice
Civil Fraud Section
175 N St. NE Room 9.125
Washington, D.C. 20002
Phone: █████████████
Fax: █████████████