# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

QUICKEN LOANS, INC.,

    Defendant.

_____/

CIVIL ACTION NO. 16-CV-14050

HON. MARK A. GOLDSMITH
MAG. JUDGE WHALEN

## ORDER GRANTING UNOPPOSED MOTION AND BRIEF TO ALLOW FILING UNDER SEAL

IT IS HEREBY ORDERED that the United States' Unopposed Motion to Allow Filing Under Seal is GRANTED, and that the United States may file under seal an unredacted version of its the exhibits to the United States' Memorandum Concerning the Court's Bledsoe Analysis of its Expert Disclosures on the official court record, under seal.

SO ORDERED.

Dated: September 6, 2018      s/Mark A. Goldsmith
Detroit, Michigan               MARK A. GOLDSMITH
                                   United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 6, 2018.

                                        s/Karri Sandusky
                                        Case Manager