UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | 2:16-cv-14050 (MAG) (RSW) |
| ) | |
| v. ) | District Judge: |
| ) | Hon. Mark A. Goldsmith |
| QUICKEN LOANS INC., ) | |
| ) | Magistrate Judge: |
| Defendant. ) | Hon. R. Steven Whalen |
| ) | |

## Appearance

Notice is given that Adam E. Cearley, Special Assistant U.S. Attorney for the U.S. Department of Justice, will serve as counsel on behalf of the United States in the above-entitled action.

                                                Adam E. Cearley

                                                *s/Adam E. Cearley*
                                                Adam E. Cearley
                                                Special Assistant U.S. Attorney
                                                1250 Maryland Avenue, SW
                                                Suite 200
                                                Washington, DC 20024
                                                (202) 314-5424
                                                Email: adam.e.cearley@hud.gov

Date: October 19, 2018

## Certificate of Service

I hereby certify that on October 19, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Jeffrey B. Morganroth
MORGANROTH & MORGANROTH, PLLC
344 North Old Woodward Avenue, Suite 200
Birmingham, MI 48009

Thomas M. Hefferon
William Kyle Tayman
Sabrina M. Rose-Smith
Joseph F. Yenouskas
Levi Swank
Matthew L. Riffee
Kate E. MacLeman
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001

                                        Adam E. Cearley

                                        *s/Adam E. Cearley*
                                        Adam E. Cearley
                                        Special Assistant United States Attorney
                                        1250 Maryland Avenue, SW
                                        Suite 200
                                        Washington, DC 20024
                                        (202) 314-5424
                                        Email: adam.e.cearley@hud.gov