UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

              Plaintiff(s),

v.                                        Case No. 2:16−cv−14050−MAG−RSW
                                           Hon. Mark A. Goldsmith

Quicken Loans Inc.,

              Defendant(s),
_____

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE:  November 7, 2018 at 04:30 PM

The conference shall be initiated by Attorney for Plaintiff shall initiate the conference call and then include the Court when all parties are available by calling 313/234−5240.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/K Sandusky
                                                        Case Manager

Dated:   November 6, 2018