UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

Case No. 16-cv-14050

v.

HON. MARK A. GOLDSMITH

QUICKEN LOANS, INC.,

      Defendant.
_____/

## ORDER REGARDING NOVEMBER 8, 2018 STATUS CONFERENCE

On November 8, 2018, the Court held a telephonic status conference following a request by Quicken Loans to address the Government's alleged failure to produce work papers of two expert witnesses. As ordered during the conference, each party will have the opportunity to file a memorandum in support of its position. Each memorandum is limited to five pages, exclusive of attachments. The Government shall submit its memorandum by **November 14, 2018 at 12:00 p.m.**, and Quicken shall submit its memorandum by **November 16, 2018 at 12:00 p.m.** As discussed during the conference, the Government may request, in the alternative, that the Court order production of similar documents by Quicken. If the Government chooses to do so, Quicken may offer a response in its memorandum.

SO ORDERED.

Dated: November 9, 2018　　　　　　　　　s/Mark A. Goldsmith
     Detroit, Michigan　　　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 9, 2018.

　　　　　　　　　　　　　　　　　　　　　s/Karri Sandusky
　　　　　　　　　　　　　　　　　　　　　Case Manager

1