UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

Case No. 16-cv-14050

v.

HON. MARK A. GOLDSMITH

QUICKEN LOANS, INC.,

       Defendant.

_____/

## ORDER REGARDING SUMMARY JUDGMENT MOTION FORMATTING

In its October 29, 2018 order (Dkt. 162), the Court set forth certain requirements for motions for summary judgment (including a request for a ruling regarding sampling/extrapolation) and motions to limit or exclude expert testimony in this case; it also stated that an order setting forth format requirements would be issued later. The following format requirements apply to these motions:

- Each party that files either or both of the motions described above must also file, at the same time, a <u>single</u> separate document entitled "Statement of Material Facts," which shall contain all facts upon which that party relies for all of the motions that it files. The Statement must consist of numbered paragraphs setting forth the facts and specific references and citations to record evidence in support. The facts may be organized as the moving party chooses, such as by motion, by issue, or any other reasonable fashion.

- Each party responding to a motion must file, at the time it files its response brief, a single document entitled "Counter-statement of Material Facts." It shall contain numbered paragraphs corresponding to the moving party's Statement of Material Facts, and shall admit or deny the statements in the moving party's Statement of Material Facts, explaining the basis for contesting any fact and referencing and citing record evidence in support.

- The pages of the statements and counterstatements count toward the 80-page limit for the motions and responses. In addition, all the pages of all motions and opening briefs count toward the 80-page limit; all pages of any response and separate responding brief count toward the 80-page limit. Attachments are not counted toward page limits.

- Other than the parties' respective statements of material facts and counter-statements of material facts, the parties are not required to set forth any additional recitation of facts but may do so if they wish.

- All materials submitted by a party in support of a motion, a response, or a reply shall be contained in a separate appendix, which must be filed simultaneously with the motion, response, or reply it supports.  The appendix shall contain a table of contents/index. The appendix shall also include the full text of any unpublished authority cited, unless the source is available electronically on Westlaw.  Each exhibit shall be tabbed, with the relevant portion(s) highlighted.  When submitting transcripts, counsel shall supply the Court with cited page(s) together with sufficient accompanying pages to provide context. All citations must have page references.

- Footnotes are allowed, provided the font size is the same as in the text, and the total number of lines for footnotes does not exceed 30.

SO ORDERED.

Dated:  December 12, 2018                               s/Mark A. Goldsmith
    Detroit, Michigan                                   MARK A. GOLDSMITH
                                                        United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 12, 2018.

                                                        s/Karri Sandusky
                                                        Case Manager