UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                              Case No. 16-cv-14050

vs.                                               HON. MARK A. GOLDSMITH

QUICKEN LOANS, INC.,

        Defendant.
_____/

**ORDER GRANTING IN PART THE GOVERNMENT'S MOTION TO STAY (DKT. 169)**

This matter is before the Court on the Government's motion to stay (Dkt. 169). Due to the lapse in appropriations that had been funding the Department of Justice, counsel for the Government is prohibited from working subject to limited exceptions; the same is true for employees of the Department of Housing and Urban Development. See 31 U.S.C. § 1342. Therefore, the Government seeks to stay this case until appropriations are restored. Quicken does not oppose the Government's motion.

The Court **GRANTS in part** the Government's motion to stay (Dkt. 169) as follows: All further action in this case is stayed, pending further order of the Court. The Court may terminate this stay at any time, and specifically advises the parties that it may do so if the current lapse in appropriations is not resolved in the reasonably immediate future. Once the stay is terminated, the Court will set a new deadline for the filing of summary judgment motions, but the parties are advised that the new schedule may not necessarily comport with the Government's request for an adjustment based on the duration of the lapse in appropriations.

        SO ORDERED.

Dated: January 4, 2019                              s/Mark A. Goldsmith
      Detroit, Michigan                        MARK A. GOLDSMITH
                                                  United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 4, 2019.

                                                s/Karri Sandusky
                                                Case Manager