UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,          Case No. 16-cv-14050
vs.                 HON. MARK A. GOLDSMITH

QUICKEN LOANS, INC.,

   Defendant.
_____/

### ORDER REGARDING POTENTIAL LIFTING THE STAY OF THIS ACTION

The Court granted in part the Government's motion to stay (Dkt. 170) on January 4, 2019 due to the lapse in appropriations that had been funding the Department of Justice and the Department of Housing and Urban Development. It did so with the expressed intention that the stay remain in effect only for the reasonably immediate future, in the hope that appropriations would be restored shortly. Unfortunately, there is currently no indication that appropriations will be restored in the reasonably immediate future. Continuing the stay will impact the Court's docket by delaying proceedings that must proceed on a reasonably expeditious basis, given the age of the case, and the relative proximity to trial or other final resolution of this matter. The Court must treat the Government like any other litigant; a corporate defendant claiming inability to fund lawyers or other necessary participants in litigation due to an intra-corporate dispute about paying them would not receive an indefinite amount of time to resolve that dispute while its case remained stayed.

Therefore, the Court gives notice that it contemplates terminating the stay and directing the parties to file their motions for summary judgment. Alternatively, because the Government may not be able to continue prosecuting this matter, the Court will consider dismissing the case without prejudice and tolling the applicable statute of limitations until seven days after the resumption of

2

appropriations.

Any party may file a memorandum in response to this Order **on or before 12:00 p.m. on January 22, 2019**.

SO ORDERED.

Dated: January 16, 2019　　　　　　　　　　　s/Mark A. Goldsmith
　　　　　Detroit, Michigan　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge