## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

        -vs-

QUICKEN LOANS INC.,

    Defendant.

_____/

CIVIL ACTION NO. 2:16-CV-14050

HON. MARK A. GOLDSMITH
MAG. JUDGE WHALEN

## ORDER REGARDING SCHEDULING

IT IS HEREBY ORDERED that:

1. Motions for summary judgment and motions to limit or exclude expert testimony shall be filed by February 8, 2019. Responses shall be filed by March 8, 2019. Replies shall be filed by March 22, 2019.

2. Supporting materials and courtesy copies shall be filed and delivered to chambers within one week of any filing.

3. The parties shall provisionally file their briefing and evidentiary records under seal, which shall expire April 12, 2019 (21 days after reply briefs are filed). The parties shall seek relief pursuant to L.R. 5.3(b) before the

provisional seal expires in order to request the Court maintain any portion of the seal.

4. The current trial date of March 11, 2019 is adjourned.

5. Due to the end of the lapse in appropriations, the stay (Dkt. 170) is dissolved.

SO ORDERED.

Dated: January 30, 2019         s/Mark A. Goldsmith
       Detroit, Michigan       MARK A. GOLDSMITH
                               United States District Judge