# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil Action No. |
| ) | 2:16-cv-14050 (MAG) (RSW) |
| Plaintiff, ) | |
| ) | District Judge: |
| v. ) | Hon. Mark A. Goldsmith |
| ) | |
| QUICKEN LOANS INC., ) | Magistrate Judge: |
| ) | Hon. R. Steven Whalen |
| Defendant. ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I. W. Winsten of the law firm of Honigman, LLP, hereby enters his Appearance as co-counsel for Defendant, Quicken Loans, Inc., in the above-referenced matter.

        Respectfully submitted,

        HONIGMAN LLP
        Co-counsel for Defendant

        By: /s/ I.W. Winsten
            I. W. Winsten (P30528)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI 48226-3506
        (313) 465-7608

DATED:    March 20, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2019, the foregoing was electronically filed with the Clerk of the Court using the ECF system, which served notice of the filing upon all counsel of record.

By: /s/ I.W. Winsten
     I. W. Winsten (P30528)
Honigman LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7608
iww@honigman.com

30444584.1