UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    Case No. 16-cv-14050

                                    HON. MARK A. GOLDSMITH

QUICKEN LOANS, INC.,

    Defendant.
_____/

## ORDER FOR MEDIATION

       With summary judgment motions having been filed and this case approaching a potential period of intense trial preparation, the Court concludes that it would be prudent for the parties to make a renewed effort to resolve this matter. To that end, the Court orders that the parties undertake a mediation effort with the Honorable Gerald E. Rosen (Ret.), the former chief judge of this Court, who has presided at previous mediation sessions with the parties. After consultation with counsel, Judge Rosen is empowered to make the following determinations: (i) the format, (ii) number of sessions, (iii) the appropriate persons, aside from counsel, from each side who must attend, it being understood that such representatives must include persons with full settlement authority, (iv) the location, and (v) date(s). Regarding the last item, the Court stresses the importance of convening the mediation at the earliest opportunity.

       SO ORDERED.

Dated: April 5, 2019                                   s/Mark A. Goldsmith
      Detroit, Michigan                          MARK A. GOLDSMITH
                                                    United States District Judge