# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

       -vs-

QUICKEN LOANS INC.,

    Defendant.

_____/

CIVIL ACTION NO. 2:16-CV-14050

HON. MARK A. GOLDSMITH
MAG. JUDGE WHALEN

## STIPULATED ORDER REGARDING SCHEDULING OF CERTAIN FILINGS AND SEALED MATERIALS

WHEREAS, the parties stipulate and agree that (a) the scheduling of motions in limine and the filing of the Joint Final Pretrial Order and jury instructions, can and should be amended, and (b) the pending summary judgment and expert motions, and related briefing, evidentiary submissions and materials, should remain provisionally under seal for a further time period;

IT IS HEREBY ORDERED that the Order Setting Schedule (Dkt. 187), the Order for Submission of Proposed Joint Final Pretrial Order, Proposed Jury Instructions, and Other Trial Matters (Dkt. 348), and the Order Regarding Scheduling (Dkt. 175) are each amended as follows:

1. Motions in limine are due by May 15, 2019, with responses due May 29, 2019 and replies due June 5, 2019.

2. The proposed Joint Final Pretrial Order and jury instructions are due June 5, 2019.

3. The summary judgment and expert motions, briefing, evidentiary submissions and materials shall remain provisionally under seal, and the seal shall expire on May 15, 2019. The parties shall seek relief pursuant to L.R. 5.3(b) before the provisional seal expires in order to request the Court maintain any portion of the seal.

The dates for the Final Pretrial Conference and the jury trial, set forth in the Order Setting Schedule (Dkt. 187) are unchanged.

SO ORDERED.

Dated: April 12, 2019  
    Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 12, 2019.

s/Erica Karhoff for Karri Sandusky  
Case Manager

Stipulated To:

| | |
|---|---|
| /s/ Jeffrey B. Morganroth<br>Jeffrey B. Morganroth<br>MORGANROTH &<br>MORGANROTH, PLLC<br>344 North Old Woodward Avenue<br>Suite 200<br>Birmingham, MI 48009<br>Tel.: 248.864.4000<br>Fax.: 248.864.4001<br><br>Thomas M. Hefferon<br>thefferon@goodwinlaw.com<br>GOODWIN PROCTER LLP<br>901 New York Avenue, NW<br>Washington, DC 20001<br>Tel.: 202.346.4000<br>Fax.: 202.346.4444<br><br>*Attorneys for Quicken Loans Inc.* | JOSEPH H. HUNT<br>Assistant Attorney General<br><br>MATTHEW J. SCHNEIDER<br>United States Attorney<br><br>/s/ Christopher R. B. Reimer<br>Commercial Litigation Branch<br>P.O. Box 261, Ben Franklin Station<br>Washington, DC 20044<br>(202) 305-3829<br><br>*Attorneys for the United States of America* |