# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

QUICKEN LOANS INC.,

    Defendant.

_____/

CIVIL ACTION NO. 2:16-CV-14050

HON. MARK A. GOLDSMITH
MAG. JUDGE WHALEN

## FURTHER STIPULATED ORDER
## REGARDING SCHEDULING

WHEREAS, under prior orders the Court revised and set certain deadlines and schedules for pending matters in the case and the parties stipulate and agree that the case deadlines and schedules should be further revised;

IT IS HEREBY ORDERED that:

1. All motions, filings and submissions due by May 22, 2019 are now due by May 29, 2019.

2. The date set forth in paragraph 3 of the Stipulated Order Regarding Scheduling of Certain Filings (Dkt. 357), shall be further extended to expire on May 29, 2019, unless L.R. 5.3(b) relief is sought at that time.

3. All other case deadlines remain the same.

SO ORDERED.

Dated: May 16, 2019
  Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

1

Stipulated To:

| | |
|---|---|
| /s/ Jeffrey B. Morganroth<br>Jeffrey B. Morganroth<br>MORGANROTH &<br>MORGANROTH, PLLC<br>344 North Old Woodward Avenue<br>Suite 200<br>Birmingham, MI 48009<br>Tel.: 248.864.4000<br>Fax.: 248.864.4001<br><br>Thomas M. Hefferon<br>thefferon@goodwinlaw.com<br>GOODWIN PROCTER LLP<br>901 New York Avenue, NW<br>Washington, DC 20001<br>Tel.: 202.346.4000<br>Fax.: 202.346.4444<br><br>*Attorneys for Quicken Loans Inc.* | JOSEPH H. HUNT<br>Assistant Attorney General<br><br>MATTHEW J. SCHNEIDER<br>United States Attorney<br><br>/s/ Christopher R. B. Reimer<br>Commercial Litigation Branch<br>P.O. Box 261, Ben Franklin Station<br>Washington, DC 20044<br>(202) 305-3829<br><br>*Attorneys for the United States of America* |