# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOURTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No. |
| Plaintiff, | 2:16-cv-14050 (MAG) (RSW) |
| vs. | District Judge: Hon. Mark A. Goldsmith |
| QUICKEN LOANS INC., | |
| Defendant. | Magistrate Judge: Hon. R. Steven Whalen |

## FURTHER STIPULATED ORDER REGARDING SCHEDULING

WHEREAS, under prior orders the Court revised and set certain deadlines and schedules for pending matters in the case and the parties stipulate and agree that the case deadlines and schedules should be further revised;

IT IS HEREBY ORDERED that:

1. All motions, filings and submissions due by May 29, 2019 are now due by June 3, 2019.

2. The date set forth in paragraph 3 of the Stipulated Order Regarding Scheduling of Certain Filings (Dkt. 357), shall be further extended to expire on June 3, 2019, unless L.R. 5.3(b) relief is sought at that time.

3. All other case deadlines remain the same.

**SO ORDERED.**

Dated: May 30, 2019  
    Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

1