UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

        -vs-

QUICKEN LOANS INC.,
    Defendant.
_____/

CIVIL ACTION NO. 2:16-CV-14050

HON. MARK A. GOLDSMITH
MAG. JUDGE WHALEN

## FURTHER STIPULATED ORDER REGARDING SCHEDULING

WHEREAS, under prior orders the Court revised and set certain deadlines and schedules for pending matters in the case and the parties stipulate and agree that the case deadlines and schedules should be further revised;

IT IS HEREBY ORDERED that:

1. All motions, filings and submissions due by June 3, 2019 are now due by June 18, 2019.

2. The date set forth in paragraph 3 of the Stipulated Order Regarding Scheduling of Certain Filings (Dkt. 357), shall be further extended to expire on June 3, 2019, unless L.R. 5.3(b) relief is sought at that time.

3. All other case deadlines remain the same.

SO ORDERED.

Dated: May 15, 2019
      Detroit, Michigan

                                  s/ Mark A. Goldsmith
                                  MARK A. GOLDSMITH
                                  United States District Judge