# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOURTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Civil Action No.<br>2:16-cv-14050 (MAG) (RSW)<br><br>District Judge:<br>Hon. Mark A. Goldsmith<br><br>Magistrate Judge:<br>Hon. R. Steven Whalen |

## FURTHER CORRECTED STIPULATED ORDER REGARDING SCHEDULING

WHEREAS, under prior orders the Court revised and set certain deadlines and schedules for pending matters in the case and the parties stipulate and agree that the case deadlines and schedules should be further revised;

IT IS HEREBY ORDERED that:

1. All motions, filings and submissions due by June 3, 2019 are now due by June 18, 2019.

2. The date set forth in paragraph 3 of the Stipulated Order Regarding Scheduling of Certain Filings (Dkt. 357), shall be further extended to expire on June 18, 2019, unless L.R. 5.3(b) relief is sought at that time.

3. All other case deadlines remain the same.

**SO ORDERED.**

DATED: June 3, 2019
      Detroit, Michigan        s/ Mark A. Goldsmith
                                               MARK A. GOLDSMITH
                                               United States District Judge