UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> QUICKEN LOANS INC., <br><br> Defendant. | Civil Action No. <br> 2:16-cv-14050 (MAG) (RSW) <br><br> District Judge: <br> Hon. Mark A. Goldsmith <br><br> Magistrate Judge: <br> Hon. R. Steven Whalen |

## ORDER OF DISMISSAL WITH PREJUDICE

By Rule 41(a) stipulation between the United States of America and Quicken Loans Inc., this action is hereby dismissed with prejudice.  Each party shall bear its own costs and waive rights to appeal.

**IT IS SO ORDERED.**

Dated:  June 14, 2019         s/Mark A. Goldsmith
    Detroit, Michigan        MARK A. GOLDSMITH
                                            United States District Judge

AS AGREED:

| | |
|---|---|
| /s/ Jeffrey B. Morganroth<br>Jeffrey B. Morganroth<br>jmorganroth@morganrothlaw.com<br>MORGANROTH &<br>MORGANROTH, PLLC<br>344 North Old Woodward Avenue<br>Suite 200<br>Birmingham, MI 48009<br>Tel.: 248.864.4000<br>Fax.: 248.864.4001<br><br>Thomas M. Hefferon<br>thefferon@goodwinlaw.com<br>Sabrina Rose-Smith<br>srosesmith@goodwinlaw.com<br>W. Kyle Tayman<br>ktayman@goodwinlaw.com<br>GOODWIN PROCTER LLP<br>901 New York Avenue, NW<br>Washington, DC  20001<br>Tel.:  202.346.4000<br>Fax.: 202.346.4444<br><br>*Attorneys for Quicken Loans Inc.* | JOSEPH H. HUNT<br>Assistant Attorney General<br><br>MATTHEW J. SCHNEIDER<br>United States Attorney<br><br>MICHAEL D. GRANSTON<br>SARA MCLEAN<br>CHRISTOPHER R. B. REIMER<br>JOHN W. BLACK<br>HARIN C. SONG<br><br>By:    /s/ Samuel J. Buffone Jr.<br>    SAMUEL J. BUFFONE JR.<br>    Attorneys, Commercial Litigation Branch<br>    P.O. Box 261, Ben Franklin Station<br>    Washington, DC 20044<br>    (202) 616-2945<br><br>PETER A. CAPLAN<br>Assistant United States Attorney<br>BRIAN P. HUDAK<br>BARRETT MCVARY<br>ADAM CEARLEY<br>Special Assistant United States Attorneys<br>211 W. Fort St., Suite 2001<br>Detroit, MI 48226<br>(202) 252-2549<br><br>*Attorneys for the United States of America* |