UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

Case No. 16-cv-14050

v.

HON. MARK A. GOLDSMITH

QUICKEN LOANS, INC.,

       Defendant.

_____/

## ORDER REGADING SEALED DOCUMENTS

The Court intends to unseal Dkts. 176-186, 188-288, 292-347, and 350-355 pursuant to the Order dated June 3, 2019 (Dkt. 362) unless an objection is filed by January 4, 2021, setting forth good cause not to do so.

SO ORDERED.

Dated: December 21, 2020
      Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge