United States District Court
Eastern District of Michigan

United States of America,

    Plaintiff,

v.

Quicken Loans Inc.,

    Defendant.

Civil No. 2:16-cv-14050

Honorable Mark A. Goldsmith
Mag. Judge R. Steven Whalen

## Notice of Withdrawal of Attorneys for the United States

The United States hereby notifies the Court that Samuel Buffone (as of October 9, 2020), John Black (as of October 23, 2020), and Christopher Reimer (as of November 7, 2020) have left the U.S. Department of Justice and are no longer counsel of record for the United States in the above-captioned case.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

SAIMA S. MOHSIN
Acting United States Attorney

*s/Peter A. Caplan*
PETER A. CAPLAN
Assistant United States Attorney
211 W. Fort St., Suite 2001

Detroit, MI 48226
(313) 226-9784
Peter.Caplan@usdoj.gov

JAMIE ANN YAVELBERG
SARA MCLEAN
HARIN C. SONG
ANDREW JACO
U.S. Department of Justice
Commercial Litigation Branch
Fraud Section
Post Office Box 261
Ben Franklin Station
Washington, DC 20044
(202) 307-6971
Harin.C.Song@usdoj.gov

Dated: March 4, 2021　　　　　　　　*Attorneys for the United States of America*

## Certificate of Service

I hereby certify that on March 4, 2021, a copy of the foregoing was served by electronic means via the Court's CM/ECF System on all counsel registered to receive electronic notices.

                                          *s/Peter A. Caplan*
                                          PETER A. CAPLAN
                                          Assistant United States Attorney
                                          211 W. Fort St., Suite 2001
                                          Detroit, MI 48226
                                          (313) 226-9784